UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MACK QUARRELS, JR.,

    Plaintiff,

v.    Case No. 10-11715

MEIJER RETAIL STORE, JIM    Honorable Patrick J. Duggan
MONTGOMERY, and DEB TAUBE,

    Defendants.
_____/

## JUDGMENT

On April 27, 2010, Plaintiff filed this sexual discrimination action, alleging that Defendants subjected him to a hostile work environment. On this date, the Court entered an Opinion and Order holding that Plaintiff is not entitled to relief.

Accordingly,

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is **DISMISSED WITH PREJUDICE**.


Date: January 6, 2011    s/PATRICK J. DUGGAN
    UNITED STATES DISTRICT JUDGE

Copies to:

Jeffrey S. Rueble, Esq.

Mack Quarrels, Jr.
1908 E. Granson St.
Jackson, MI 49202